IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GERALD W. MITCHELL                                                                                          PLAINTIFF

v.                                                     No. 3:10CV00201 JLH

PATRICK R. DONAHOE, Postmaster General,
UNITED STATES POSTAL SERVICE                                                                      DEFENDANT

## ORDER

The Initial Scheduling Order was filed in this matter on November 18, 2010, and instructed the parties to file their Rule 26(f) Report by January 27, 2011.  Defendant has moved to extend the deadline for filing the Rule 26(f) Report up to and including February 4, 2011.  The motion is granted.  Document #22.

IT IS SO ORDERED this 26th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE