**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

GERALD W. MITCHELL                                                                                               PLAINTIFF

v.                                                            No. 3:10CV00201 JLH

JOHN E. POTTER, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE                                                                       DEFENDANT

## ORDER

Gerald W. Mitchell has filed a motion requesting leave of court to handle a complaint before the United States Equal Employment Opportunity Commission. He states he is having difficulty in dealing with both a court case and an EEOC case at this time. Because the Court was not clear as to what he was requesting in his motion, the Court directed a law clerk to speak with Mr. Mitchell to ascertain what it is that he needs. Mr. Mitchell has informed the Court through the law clerk that he wishes to obtain an extension of time within which to file the Rule 26(f) report until the end of April. The Court understands that the Postmaster General has no objection to that request. Therefore, the motion for leave is granted. Document #25. The time within which the parties must file their Rule 26(f) report is extended up to and including May 2, 2011.

IT IS SO ORDERED this 2nd day of February, 2011.

/s/ J. Leon Holmes
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE