**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

GERALD W. MITCHELL                                                                                    PLAINTIFF

v.                                              No. 3:10CV00201 JLH

PATRICK R. DONAHOE, Postmaster General,
UNITED STATES POSTAL SERVICE                                                          DEFENDANT

## ORDER

The plaintiff has filed a notice that he wishes to dismiss this action without prejudice. Defense counsel has notified the Court that the defendant does not object. Therefore, this action is dismissed without prejudice.

IT IS SO ORDERED this 1st day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE