**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

GERALD W. MITCHELL                                                                                      PLAINTIFF

v.                                              No. 3:10CV00201 JLH

PATRICK R. DONAHOE, Postmaster General,
UNITED STATES POSTAL SERVICE                                                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 1st day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE